IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DESIRAY J. ALLEN, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-19-588-G |
| | ) |
| SCOTT CROW, | ) |
| | ) |
|     Respondent.[1] | ) |

**REPORT AND RECOMMENDATION**

Petitioner—a state prisoner seeking habeas relief under 28 U.S.C. § 2241 and appearing pro se,[2]—has submitted an application for leave to proceed in forma pauperis and supporting affidavit. *See* Doc. 7. Having reviewed that application, the undersigned finds Petitioner has sufficient funds to prepay the $5 filing fee. Specifically, Petitioner's funds include $141.56 in his institutional savings account. *See id.* at 3. Because Petitioner has not shown that he is entitled to authorization by this Court to proceed without prepayment of the

---

[1]     The Clerk of Court is directed to substitute Scott Crow, Interim Director of the Oklahoma Department of Corrections, in place of former director, Joe Allbaugh, as Respondent. *See* Rule 2, *Rules Governing Section 2254 Cases in the United States District Court.*

[2]     United States District Judge Charles Goodwin has referred this matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). *See* Doc. 3.

$5 filing fee, *see* 28 U.S.C. § 1915(a)(1), the undersigned recommends that Petitioner's application be denied.

The undersigned further recommends the dismissal without prejudice of this action unless Petitioner pays the $5 filing fee in full to the Clerk of Court within twenty-one (21) days of any order adopting this Report and Recommendation.  *See* LCvR3.3(e).

The undersigned advises Petitioner that he may file an objection to this Report and Recommendation with the Clerk of Court **by August 16, 2019**. The undersigned further advises Petitioner that failure to timely object to this Report and Recommendation waives the right to appellate review of both the factual and legal issues contained herein.  *See Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

The undersigned directs the Clerk of Court to transmit a copy of this Report and Recommendation through electronic mail to the Attorney General of the State of Oklahoma at the following address: fhc.docket@oag.ok.gov.

This Report and Recommendation disposes of all issues and terminates the referral to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 26th day of July, 2019.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE