UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DESIRAY J. ALLEN,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )   Case No. CIV-19-588-G |
| | ) |
| **SCOTT CROW,** | ) |
| | ) |
|     **Respondent.** | ) |

## ORDER

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation ("R. & R.") in this matter on July 26, 2019 (Doc. No. 8). Judge Mitchell recommends that the Court: 1) deny Petitioner's application for leave to proceed in forma pauperis; 2) order Petitioner to pay the $5.00 filing fee; and 3) dismiss this action if Petitioner fails to pay the filing fee within 21 days.

Petitioner has now paid the $5.00 filing fee. *See* Doc. No. 9. Accordingly, it is clear that Petitioner does not object to the recommendations made in the R. & R.

The Court ACCEPTS and ADOPTS the R. & R. As recommended, and in light of Petitioner's payment of the filing fee, Petitioner's application for leave to proceed *in forma pauperis* (Doc. No. 7) is DENIED. Payment of the filing fee renders the R. & R.'s other recommendations moot.

This matter is re-referred to Judge Mitchell for all proceedings consistent with the original referral.

IT IS SO ORDERED this 29th day of August, 2019.

CHARLES B. GOODWIN
United States District Judge