# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DESIRAY J. ALLEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-19-588-G |
| SCOTT CROW, | ) ) ) |
| Respondent. | ) ) |

## ORDER

This matter is before the Court on the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on September 5, 2019, pursuant to 28 U.S.C. § 636(b). Judge Mitchell recommends a transfer of this action to the United States District Court for the Eastern District of Oklahoma. The record reflects that no party has objected to the Report and Recommendation within the time limits allowed. *See Moore v. United States*, 950 F.2d 656 (10th Cir. 1991). Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Doc. No. 11) is adopted and, for the reasons announced therein, this action is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 30th day of October, 2019.

CHARLES B. GOODWIN
United States District Judge